# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: CAPUTO, FRANCESCO | § | Case No. 11-19598 |
| CAPUTO, MARIJA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 17, 2011. The undersigned trustee was appointed on June 17, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        15,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 5,622.60 |
   | Bank service fees | 415.17 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 8,962.23 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 05/10/2012 and the deadline for filing governmental claims was 12/14/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $2,250.00, for a total compensation of $2,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $143.14, for total expenses of $143.14.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/21/2013                By: /s/David A. Rosenberg, Trustee
                                        Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-19598  
**Case Name:** CAPUTO, FRANCESCO  
CAPUTO, MARIJA  
**Period Ending:** 10/21/13

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 06/17/11 (f)  
**§341(a) Meeting Date:** 07/20/11  
**Claims Bar Date:** 05/10/12

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 7006 Mirkwood Ave, Las Vegas, NV 89178, Primary 10/09/13: REMOVED FROM DATABASE, ID622, CORONADO CREST, PER ROB | 296,700.00 | 0.00 | | 0.00 | FA |
| 2 | 6745 Coronado Crest Ave, Las Vegas, NV 89139 Order authorizing employment of real estate agent for estate entered 01/25/2013 [Doc 69] Motion to sell filed 02/05/2013 [Doc 70] Opposition filed 02/28/2013 [86] Withdrawal filed 03/29/2013 [Doc 88] | 232,200.00 | 0.00 | | 0.00 | FA |
| 3 | 9098 Toast Ave, Las Vegas, NV 89148 Order authorizing employment of real estate agent for estate entered 01/25/2013 [Doc 68] motion to sell filed 02/18/2013 [Doc 80] | 136,500.00 | 0.00 | | 0.00 | FA |
| 4 | Land in Pahrump; Debtor only 3% share interest i No value to estate | 500.01 | 0.00 | | 0.00 | FA |
| 5 | Nevada Federal Credit Union; checking 5179 No value to estate | 366.00 | 0.00 | | 0.00 | FA |
| 6 | Wells Fargo savings 7366 No value to estate | 88.00 | 0.00 | | 0.00 | FA |
| 7 | Nevada Federal Credit Union Checking 8699 No value to estate | 1,236.00 | 0.00 | | 0.00 | FA |
| 8 | Charles Schwab; Brokerage 9365 No value to estate | 59.53 | 0.00 | | 0.00 | FA |
| 9 | Charles Schwab; Checking 7385 No value to estate | 21.93 | 0.00 | | 0.00 | FA |
| 10 | Furniture and electronics No value to estate | 6,155.00 | 0.00 | | 0.00 | FA |
| 11 | Clothing No value to estate | 1,900.00 | 0.00 | | 0.00 | FA |
| 12 | all jewelry No value to estate | 1,190.00 | 0.00 | | 0.00 | FA |
| 13 | North American Whole Life Insurance Acct# 440-18 No value to estate | 35,000.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-19598  
**Case Name:** CAPUTO, FRANCESCO  
CAPUTO, MARIJA  
**Period Ending:** 10/21/13

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 06/17/11 (f)  
**§341(a) Meeting Date:** 07/20/11  
**Claims Bar Date:** 05/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14 | MGM Resorts 401K; 990500024<br>No value to estate | 162,872.36 | 0.00 | | 0.00 | FA |
| 15 | MGM Resorts 401K; 990500024<br>No value to estate | 95,108.40 | 0.00 | | 0.00 | FA |
| 16 | Charles Schwab Roth IRA; 6433-4544<br>No value to estate | 7,710.04 | 0.00 | | 0.00 | FA |
| 17 | Charles Schwab Roth IRA; 9933-5718<br>No value to estate | 9,056.35 | 0.00 | | 0.00 | FA |
| 18 | 2003 Toyota Tundra Access Cab Pickp; mileage 89,<br>No value to estate | 6,985.00 | 0.00 | | 0.00 | FA |
| 19 | 1999 Mercedes Benz E320 Sedan; mileage 158,000<br>No value to estate | 5,350.00 | 0.00 | | 0.00 | FA |
| 20 | Settlement Agreement | 0.00 | 0.00 | | 15,000.00 | FA |
| 21 | Wells Checking 1034<br>No value to estate | 25.00 | 0.00 | | 0.00 | FA |
| 21 | Assets   Totals (Excluding unknown values) | **$999,023.62** | **$0.00** | | **$15,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Approval of TFR by USTO

**Initial Projected Date Of Final Report (TFR):** July 20, 2013      **Current Projected Date Of Final Report (TFR):** October 21, 2013  (Actual)

Printed: 10/21/2013 04:28 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 11-19598 | **Trustee:** | David A. Rosenberg, Trustee (480023) | |
| **Case Name:** | CAPUTO, FRANCESCO | **Bank Name:** | The Bank of New York Mellon | |
| | CAPUTO, MARIJA | **Account:** | 9200-******77-66 - Checking Account | |
| **Taxpayer ID #:** | **-***5611 | **Blanket Bond:** | $5,000,000.00  (per case limit) | |
| **Period Ending:** | 10/21/13 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/27/12 | {20} | Marija & Frank Caputo | payment for settlement agreement | 1129-000 | 15,000.00 | | 15,000.00 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,975.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.66 | 14,945.34 |
| 03/26/12 | 101 | Howard Kim & Associates | Claim allowed per court order entered 3/23/12 [Doc 48] | | | 5,609.76 | 9,335.58 |
| | | | 5,564.50 | 3210-000 | | | 9,335.58 |
| | | | 45.26 | 3220-000 | | | 9,335.58 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.24 | 9,305.34 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,280.34 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,255.34 |
| 06/08/12 | 102 | David A. Rosenberg | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2012 FOR CASE #11-19598, Bond #016048576 Voided on 06/08/12 | 2300-000 | | 5.95 | 9,249.39 |
| 06/08/12 | 102 | David A. Rosenberg | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2012 FOR CASE #11-19598, Bond #016048576 Voided: check issued on 06/08/12 | 2300-000 | | -5.95 | 9,255.34 |
| 06/08/12 | 103 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2012 FOR CASE #11-19598, Bond #016048576 | 2300-000 | | 5.95 | 9,249.39 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,224.39 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,199.39 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,174.39 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,149.39 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,124.39 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,099.39 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001048002388 20121213 | 9999-000 | | 9,099.39 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.00 | 15,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,099.39 | |
| | | | **Subtotal** | | 15,000.00 | 5,900.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.00** | **$5,900.61** | |

{} Asset reference(s)

Printed: 10/21/2013 04:28 PM    V.13.13

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-19598  
**Case Name:** CAPUTO, FRANCESCO  
CAPUTO, MARIJA  
**Taxpayer ID #:** **-***5611  
**Period Ending:** 10/21/13

**Trustee:** David A. Rosenberg, Trustee (480023)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****694866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,099.39 | | 9,099.39 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.18 | 9,087.21 |
| 01/21/13 | 10104 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/21/2013 FOR CASE #11-19598, Bond #016048576 | 2300-000 | | 6.89 | 9,080.32 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.37 | 9,065.95 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.16 | 9,053.79 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.58 | 9,041.21 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.86 | 9,027.35 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.41 | 9,013.94 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.09 | 9,001.85 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.23 | 8,987.62 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.92 | 8,974.70 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.47 | 8,962.23 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,099.39 | 137.16 | **$8,962.23** |
| Less: Bank Transfers | 9,099.39 | 0.00 | |
| **Subtotal** | 0.00 | 137.16 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$137.16** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******77-66 | 15,000.00 | 5,900.61 | 0.00 |
| Checking # ****694866 | 0.00 | 137.16 | 8,962.23 |
| | **$15,000.00** | **$6,037.77** | **$8,962.23** |

{} Asset reference(s)

Printed: 10/21/2013 04:28 PM   V.13.13

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 10, 2012

**Case Number:** 11-19598  
**Debtor Name:** CAPUTO, FRANCESCO  

Page: 1

**Date:** October 21, 2013  
**Time:** 04:28:30 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $2,250.00 | $0.00 | 2,250.00 |
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $143.14 | $0.00 | 143.14 |
| HKE 200 | Howard Kim & Associates<br>400 N Stephanie St., Suite 160<br>Henderson, NV 89014 | Admin Ch. 7 | Claim allowed per court order entered 3/23/12 [Doc 48] | $45.26 | $45.26 | 0.00 |
| HKF 200 | Howard Kim & Associates<br>400 N Stephanie St., Suite 160<br>Henderson, NV 89014 | Admin Ch. 7 | Claim allowed per court order entered 3/23/12 [Doc 48] | $5,564.50 | $5,564.50 | 0.00 |
| BOND 200 | International Sureties, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Admin Ch. 7 | | $12.84 | $12.84 | 0.00 |
| 1 610 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | | $1,287.27 | $0.00 | 1,287.27 |
| 2 610 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $2,432.48 | $0.00 | 2,432.48 |
| 3 610 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $913.29 | $0.00 | 913.29 |
| 4 610 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | | $3,372.99 | $0.00 | 3,372.99 |
| 5 610 | HSBC BANK NEVADA NA<br>BASS AND ASSOCIATES PC<br>3936 E FT LOWELL RD SUITE 200<br>TUCSON, AZ 85712 | Unsecured | | $856.29 | $0.00 | 856.29 |
| 6 610 | ECAST SETTLEMENT CORPORATION<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E FT. LOWELL, SUITE 200<br>TUCSON, AZ 85712 | Unsecured | | $89.63 | $0.00 | 89.63 |
| **<< Totals >>** | | | | 16,967.69 | 5,622.60 | 11,345.09 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-19598
Case Name: CAPUTO, FRANCESCO
Trustee Name: David A. Rosenberg, Trustee

**Balance on hand:** $ 8,962.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,962.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David A. Rosenberg, Trustee | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - David A. Rosenberg, Trustee | 143.14 | 0.00 | 143.14 |
| Attorney for Trustee, Fees - Howard Kim & Associates | 5,564.50 | 5,564.50 | 0.00 |
| Attorney for Trustee, Expenses - Howard Kim & Associates | 45.26 | 45.26 | 0.00 |
| Other Expenses: International Sureties, LTD. | 12.84 | 12.84 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 2,393.14
Remaining balance: $ 6,569.09

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,569.09

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 6,569.09 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,951.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 73.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US BANK N.A. | 1,287.27 | 0.00 | 944.62 |
| 2 | AMERICAN EXPRESS CENTURION BANK | 2,432.48 | 0.00 | 1,784.99 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 913.29 | 0.00 | 670.19 |
| 4 | CHASE BANK USA, N.A. | 3,372.99 | 0.00 | 2,475.16 |
| 5 | HSBC BANK NEVADA NA | 856.29 | 0.00 | 628.36 |
| 6 | ECAST SETTLEMENT CORPORATION | 89.63 | 0.00 | 65.77 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 6,569.09 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**